1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

**FILED**

NOV 2 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ 𝒢𝒟 _____
         DEPUTY CLERK

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:13-CV-02430-JAM-DAD

12              Plaintiff,                 ORDER REGARDING CLERK'S
                                           ISSUANCE OF WARRANT FOR
13     v.                                  ARREST OF ARTICLES *IN REM*

14  APPROXIMATELY $40,000.00 IN U.S.
    CURRENCY, and
15
    APPROXIMATELY $4,100.00 IN U.S.
16  CURRENCY,

17              Defendants.

18  _____

19     WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November

20  21, 2013, in the United States District Court for the Eastern District of California, alleging

21  that the defendants Approximately $40,000.00 in U.S. Currency and Approximately

22  $4,100.00 in U.S. Currency (hereafter "defendant currency") are subject to forfeiture to the

23  United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§

24  841 *et seq.*;

25     And, the Court being satisfied that, based on the Verified Complaint for Forfeiture

26  *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Alicia

27  Ramirez, there is probable cause to believe that the defendant currency so described

28

1

1  constitutes property that is subject to forfeiture for such violation(s), and that grounds for

2  the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i)

3  of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture

4  Actions;

5       IT IS HEREBY ORDERED that the Clerk for the United States District Court,

6  Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the

7  defendant currency.

8  Dated: _Nov. 22, 2013_

                                               KENDALL J. NEWMAN

9                                               United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Re Clerk's Issuance of Warrant for Arrest