BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**

NOV 2 2 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $40,000.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $4,100.00 IN U.S. CURRENCY,<br><br>            Defendants. | 2:13-CV-02430-JAM-DAD<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November 21, 2013, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $40,000.00 in U.S. Currency and Approximately $4,100.00 in U.S. Currency (hereafter "defendant currency") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Alicia Ramirez, there is probable cause to believe that the defendant currency so described

1  constitutes property that is subject to forfeiture for such violation(s), and that grounds for
2  the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i)
3  of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture
4  Actions;

5      IT IS HEREBY ORDERED that the Clerk for the United States District Court,
6  Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the
7  defendant currency.

8  Dated: Nov. 22, 2013

                            KENDALL J. NEWMAN
                            United States Magistrate Judge