BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-02430-JAM-DAD |
| Plaintiff, | UNITED STATES'S REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM JANUARY 22, 2014 TO APRIL 22, 2014; ORDER |
| v. | |
| APPROXIMATELY $40,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $4,100.00 IN U.S. CURRENCY, | |
| Defendants. | |

The United States requests that the Court extend the deadline to file a Joint Status Report ("JSR") from January 22, 2014 to April 22, 2014.

## Introduction

On November 21, 2013, the United States filed a verified civil forfeiture complaint against the above-captioned currency (the "defendant currency"), alleging that the defendant currency was involved in violations of federal drug laws.

## Good Cause

The United States has diligently pursued its forfeiture case against the defendant currency and noticed all known potential claimants as required by the Supplemental Rules governing forfeiture cases.  Additionally, public notice on the official internet

government forfeiture site, www.forfeiture.gov, began on December 9, 2013 and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

To date, no party has filed a claim or answer in this case.

On January 17, 2014, the United States filed a Request for Clerk's default against potential claimant Justin William Moore. The U.S. Marshals Service is in the process of personally serving one other potential claimant. If no claim is filed, then the United States will seek a clerk's default against that individual and intends in the near future to draft a motion for default judgment and final judgment of forfeiture.

Thus, there is good cause to extend the deadline to file a joint status report in this case from January 22, 2014 to April 22, 2014, or to a date the Court deems appropriate.

Dated: 1/17/2014                    BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Jeffrey A. Spivak
                                    JEFFREY A. SPIVAK
                                    Assistant U.S. Attorney



ORDER

The Court finds that there is good cause to extend the deadline to file a joint status report in this case from January 22, 2014 to April 22, 2014. IT IS SO ORDERED.

Dated:  1/17/2014                   /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    United States District Court Judge

United States's Request to Continue the Deadline to File a Joint Status Report