```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cv-02430-JAM-DAD |
|---|---|
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| APPROXIMATELY $40,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $4,100.00 IN U.S. CURRENCY, | |
| Defendants. | |

This matter came before the Honorable Judge Dale A. Drozd on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned Defendant Currency to oppose the United States' motion. Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed November 21, 2013.

2. The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Justin William Moore and Tiffany Green.

3.      The United States has shown that a complaint for forfeiture was filed; that potential claimants Justin William Moore and Tiffany Green received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4.      That Justin William Moore and Tiffany Green be held in default;

5.      That the United States' motion for default judgment and final judgment of forfeiture be granted;

6.      That judgment by default be entered against any right, title, or interest of potential claimants Justin William Moore and Tiffany Green in the Defendant Currency referenced in the above caption;

7.      That a final judgment be entered, forfeiting all right, title, and interest in the Defendant Currency to the United States, to be disposed of according to law;

8.      That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable John A. Mendez, and filed by the Clerk of the Court.

Dated: March 26, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\USv$40,000.2430.f&rs.docx